**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**
ex rel. ROXANNE PERKINS,

    **Plaintiff,**

v.                                                **Case No.  8:12-cv-2032-T-30EAJ**

**WELLCARE HEALTH PLANS, INC.,**

    **Defendant.**
_____/

## ORDER

    THIS CAUSE comes before the Court upon Defendant Wellcare Health Plans, Inc.'s Motion to Dismiss Plaintiff/Relator's First Amended Complaint (Dkt. 42) and Relator Roxanne Perkins' Opposition (Dkt. 43).  Upon review of the motion, response, and an independent examination of the amended complaint, the Court concludes that Perkins' amended complaint is subject to dismissal as a shotgun pleading.

    As Defendant Wellcare points out, the amended complaint is a quintessential shotgun pleading that has been condemned on numerous occasions by the Eleventh Circuit Court of Appeals.  *See Davis v. Coca-Cola Bottling Co. Consolidated*, 516 F.3d 955, 979 n.54 (11th Cir. 2008) (collecting cases).  Several of the counts incorporate by reference each allegation of the predecessor count.  This pleading error results in all of the counts but the first count containing irrelevant factual allegations and legal conclusions.  Under these circumstances, a district court has the inherent authority to demand a repleader.  *See Lumley v. City of Dade*

*City, Fla.*, 327 F.3d 1186, 1192 n.13 (11th Cir. 2003) (noting that a district court should require a plaintiff to replead a shotgun complaint).

The amended complaint also dual-labels Count Four to include both federal and state law claims. These deficiencies create a confusing complaint that neglects to provide WellCare sufficient notice of the basis of the claims.

Notably, Relator's Response is further example of the confusing nature of her amended complaint. For example, with respect to Count 3, she contends she is asserting an "implied certification" claim; this claim is unclear on the face of the amended complaint.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Wellcare Health Plans, Inc.'s Motion to Dismiss Plaintiff/Relator's First Amended Complaint (Dkt. 42) is granted to the extent that the amended complaint is subject to dismissal as a shotgun pleading

2. Perkins may file a second amended complaint within fourteen (14) days of this Order. Failure to plead a second amended complaint by that deadline may result in the closure of this case without further notice.

**DONE** and **ORDERED** in Tampa, Florida on January 15, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record